ATTORNEYS FOR APPELLANT
Ruth Ann Johnson
Michael R. Fisher
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE
Gregory F. Zoeller
Attorney General of Indiana

Andrew A. Kobe
Michael Gene Worden
Deputy Attorneys General
Indianapolis, Indiana



FILED
Jan 14 2016, 12:44 pm
CLERK
of the supreme court,
court of appeals and
tax court

# In the
# Indiana Supreme Court

No. 49S04-1601-CR-19

JAMES BEASLEY,

*Appellant (Defendant below),*

v.

STATE OF INDIANA,

*Appellee (Plaintiff below).*

Appeal from the Marion County Superior Court, No. 49G01-1210-MR-67595
The Honorable Kurt M. Eisgruber, Judge

On Petition to Transfer from the Indiana Court of Appeals, No. 49A04-1406-CR-253

**January 14, 2016**

**Massa, Justice.**

James Beasley appeals his convictions for the murder of James Allen and the attempted murder of Gerald Beamon. For the reasons set forth in our companion decision of <u>Leandrew Beasley v. State</u>, also issued today, we grant transfer and affirm the trial court's admission of Beamon's hearsay testimony regarding statements Allen made to him on the day he died. We find

the trial court could have reasonably determined that Allen's statements were against his interests, and were thus admissible pursuant to Indiana Evidence Rule 804(b)(3). In all other respects, we summarily affirm the holding of our Court of Appeals below, pursuant to Indiana Appellate Rule 58(A)(2).

Rush, C.J., and Dickson, Rucker, and David, JJ., concur.